**FILED**

08/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0057

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0057

_____

JAY WATSON,

      Petitioner and Appellee,

v.

MONTANA DEPARTMENT OF FISH
WILDLIFE AND PARKS,

      Respondent and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jessica T. Fehr, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 16 2023